1  RICHARD A. WHITAKER
   State Bar #58618
2  2480 Hilborn Road, Suite 102
   Fairfield, California 94533
3  (707) 427-2237

4  Attorney for Plaintiff:
   BETTINA LANTELME

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTINA LANTELME ) | Case No. 2:11 CV-00680 EFB |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. 2412(d) |
| vs. ) | |
| ) | |
| COMMISSIONER OF ) SOCIAL SECURITY ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of THREE THOUSAND-SEVEN HUNDRED-THIRTY DOLLARS ($3,738.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S. C. 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff,</u> 130 S. Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to offset.

1

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Richard Whitaker, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. Section 406, subject to the offset provisions of the EAJA.

Respectfully Submitted November 06, 2012.

Respectfully submitted,

November 06, 2012     /s/ Richard A. Whitaker, Esq.
                      Richard Whitaker, Attorney for Plaintiff

November 06, 2012     BENJAMIN B. WAGNER
                      United States Attorney

                      By:

                       /s/Sundeep R. Patel
                      Sundeep Patel, Special Assistant US Attorney,
                      Attorneys for Defendant, Michael J. Astrue

ORDER

APPROVED AND SO ORDERED.

Dated: November 26, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE