RICHARD A. WHITAKER
State Bar #58618
2480 Hilborn Road, Suite 102
Fairfield, California 94533
(707) 427-2237

Attorney for Plaintiff:
BETTINA LANTELME

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTINA LANTELME ) | Case No. 2:11 CV-00680 EFB |
| Plaintiff, ) | STIPULATION AND |
| vs. ) | AMENDED ORDER |
| ) | FOR THE AWARD OF |
| ) | ATTORNEY FEES PURSUANT |
| ) | TO THE EQUAL ACCESS TO |
| COMMISSIONER OF ) | JUSTICE ACT, 28 U.S.C. 2412(d) |
| SOCIAL SECURITY ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of THREE THOUSAND-SEVEN HUNDRED-THIRTY DOLLARS ($3,730.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S. C. 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff,</u> 130 S. Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to offset.

////

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Richard Whitaker, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. Section 406, subject to the offset provisions of the EAJA.

Respectfully Submitted December 4, 2012.

Respectfully submitted,

December 4, 2012         /s/ Richard A. Whitaker, Esq.
                         Richard Whitaker, Attorney for Plaintiff

December 4, 2012         BENJAMIN B. WAGNER
                         United States Attorney

                         By:

                          /s/ Sundeep Patel
                         Sundeep Patel, Special Assistant US Attorney,
                         Attorneys for Defendant, Michael J. Astrue

ORDER

APPROVED AND SO ORDERED.

Dated:  December 6, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2